# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| GEORGE WASHINGTON WHITE, JR., | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN HOWARD, *et al.*, | : | |
| | : | NO. 1:14-CV-56-WLS-TQL |
| Defendants. | : | |
| | : | **O R D E R** |

While confined at the Dougherty County Jail (the "DCJ"), Plaintiff **GEORGE WASHINGTON WHITE, JR.**, filed the instant 42 U.S.C. § 1983 complaint (Doc. 1). In an order dated April 18, 2014, the United States Magistrate Judge ordered Plaintiff to pay an initial partial filing fee of $5.50 and submit a supplement to his complaint (Doc. 6). The Court mailed a copy of said Order to Plaintiff at the DCJ. On May 1, 2014, the envelope containing said Order was returned to this Court as undeliverable and marked, "Return to Sender – No longer in Jail" (Doc. 7). Plaintiff has not advised this Court of his release or his current address.

As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that his complaint be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this   12th   day of May, 2014.

/s/ W. Louis Sands
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE